RECEIVED
JUL 02 2020
U.S. District Court
Middle District of TN

(1)
6-30-2020

03-20-577

Honorable Federal Court Clerk,

Enclosed with this letter is several Affidavity and Supoenas already filled out for civil federal court cases. I have been wronged by the crooked police and judicial and probation departments of Davidson County Metro Police Department and multiple officers therein. I was also maliciously prosecuted by prosecutor Glenn Funk and a few select assistant district attorys. I have also been wronged by the public defenders office by their working for the prosecutors instead of me, their client. Also the probation officer John Yeas perjured himself on the stand in court and I will have the proof to present in court of his perjury. Also as for the prosecutors go, the alleged victim in the case was mad at me when she called the police and gave false report and then asked that the cases be dropped, but due to the overzealous prosecutors they persued the case anyway. The police went to the house picked up the alleged victim to go to court and perjure herself on the stand.

  In each of the cases they brought against me the violated my Civil Rights by not advising me of my Miranda Rights before questioning me. At one point they even violated the Seperation of Church and State by coming on to church property to arrest me and still no Miranda Rights given.

  Their arrests should have been voided as they failed to follow protocol, but the prosecution overlooked that to gain convictions. I was advised by my public defender to take lesser charges so I could get out of jail and go to work so I could pay my child support.

What the public defender failed to tell me was that by pleaing guilty to lesser charges it would still ruin my professional life because no descent paying job will ever hire me with those charges on my record. Even truck driving turned me down. I had 5 potential jobs over $60,000 per year that I could have had if not for the items on my record all thanks to a mad woman. Crooked police, prosecutors, judges, probation officers.

I can not trust Davidson County Court or even Tennessee State Court to help me. I need the Federal Court to hear my cases against each defendant seperately. I want to sue each one for $3 million per defendant plus court fees and filing fees. Plus $750,000 in damages from each defendant. I also want my record exonerated and my good name back. I am willing to settle out of court with my record exonerated my 2nd amendment rights restored and dollar amount to be determined. You can contact me at (256)426-9422 but prefer to be contacted by email at Robreed256@gmail.com my address is 3619 Greenbriar Drive NW Huntsville, Al 35810. I work until 4:30 each day. I have also contacted the ACLU who agrees my rights have been violated. Please Help Me Right this injustice

I request trial date set 4 to 6 months from now please for job reasons

Robert Reed

From:
Robert Reed
3619 Grapevine Dr. NW
Huntsville AL 35810

To:
Federal Court Clerk
801 Broadway ST # 800
Nashville TN 37203

RECEIVED
JUL 02 2020
U.S. District Court
Middle District of TN

**PRIORITY MAIL**

US POSTAGE PAID
$13.00
Retail
Origin: 35810
06/30/20
0142450803-5

PRIORITY MAIL 2-DAY®
1 Lb 4.00 oz
1004
C046

RETURN RECEIPT REQUESTED
EXPECTED DELIVERY DAY: 07/03/20

SHIP TO:
801 BROADWAY
STE 800
NASHVILLE TN 37203-3869

USPS SIGNATURE® TRACKING #
9511 9111 4796 0182 3261 41